Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Brielle Salmon
25LA0145
St. Clair County
1/30/2025 9:28 AM
31193688

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

SANDRA LAWRENCE and VINCENT )
LAWRENCE, )
         )
     Plaintiff, )
         )
v. )
         )
WALMART, INC., a foreign corporation, )
and DANIEL GADDY, )
         )
     Defendants. )

No. 25LA0145

**EXHIBIT**

**A**

## COMPLAINT

### COUNT I

       Comes now the Plaintiff, SANDRA LAWRENCE, by her undersigned counsel of record, THE CAFFEY LAW FIRM, LLC, and complaining of the Defendant, WALMART, INC., states:

       1.  That the Defendant, WALMART, INC., is a corporation licensed to do business and is doing business in the County of St. Clair, State of Illinois.

       2.  That on February 2, 2023, Plaintiff, SANDRA LAWRENCE, was a patron at the Walmart store in O'Fallon, Illinois, when several plastic folding tables fell from a top shelf on Plaintiff.

       3.  That the Defendant, by and through their employees, agents and servants, who were acting within the scope of their employment, then and there owed a duty to the Plaintiff to exercise ordinary care so as not to cause Plaintiff injury, but that in spite of said duty the Defendant, by and through their agents, servants and employees, was then and there guilty of one or more of the following negligent acts or omissions:

    a) Negligently placed folding tables on a top shelf when it knew, or should have known that patrons of the store would be in harm's way;

    b) Negligently failed to secure the folding tables to keep them from falling on patrons of the store.

4.  That one or more of the foregoing negligent acts or omissions proximately

caused the injury to the Plaintiff as hereinafter alleged.

5. As a direct and proximate result, in whole or in part of the acts of negligence

and/or omissions of Defendant, Plaintiff was injured in one or more of the following

respects:

    a) Plaintiff was made sick, sore, lame and disordered and suffered extensive injuries, including but not limited to, the left side of her body, back, neck, hip, head and her body as a whole;

    b) Plaintiff has experienced pain and suffering in the past and continues to experience pain and suffering at the present time and will so suffer in the future;

    c) Plaintiff has become obligated for large sums of money for necessary medical care, treatment and services in the past and will be required to expend large sums of money to cure herself of her injuries in the future;

    d) Plaintiff has suffered disability and disfigurement and will so suffer in the future.

WHEREFORE, Plaintiff, SANDRA LAWRENCE, demands judgment against the

Defendant, WALMART INC., a foreign corporation, for a sum in excess of

Fifty Thousand Dollars ($50,000.00), and for such other and further relief as the Court

deems just and proper.

## COUNT II

Comes now the Plaintiff, SANDRA LAWRENCE, by her undersigned counsel of record, THE CAFFEY LAW FIRM, LLC, and complaining of the Defendant, DANIEL GADDY, states:

1. Defendant, WALMART, INC., is a corporation licensed to do business and is doing business in the County of St. Clair, State of Illinois.

2. That on February 2, 2023, Plaintiff, SANDRA LAWRENCE, was a patron at the Walmart store in O'Fallon, Illinois, when several plastic folding tables fell from a top shelf on Plaintiff.

3. That the Defendant, DANIEL GADDY, was acting as an agent and/or employee of the Defendant, WALMART, INC., and in the scope of his employment as store manager on said date and time mentioned above.

4. That the Defendant, by and through their employees, agents and servants, who were acting within the scope of their employment, then and there owed a duty to the Plaintiff to exercise ordinary care so as not to cause Plaintiff injury, but that in spite of said duty the Defendant, by and through their agents, servants and employees, was then and there guilty of one or more of the following negligent acts or omissions:

   a) Negligently placed folding tables on a top shelf when it knew, or should have known that patrons of the store would be in harm's way;

   b) Negligently failed to secure the folding tables to keep them from falling on patrons of the store.

5. That one or more of the foregoing negligent acts or omissions proximately caused the injury to the Plaintiff as hereinafter alleged.

6.  As a direct and proximate result, in whole or in part of the acts of negligence and/or omissions of Defendant, Plaintiff was injured in one or more of the following respects:

    a)  Plaintiff was made sick, sore, lame and disordered and suffered extensive injuries, including but not limited to, the left side of her body, back, neck, hip, head and her body as a whole;

    b)  Plaintiff has experienced pain and suffering in the past and continues to experience pain and suffering at the present time and will so suffer in the future;

    c)  Plaintiff has become obligated for large sums of money for necessary medical care, treatment and services in the past and will be required to expend large sums of money to cure herself of her injuries in the future;

    d)   Plaintiff has suffered disability and disfigurement and will so suffer in the future.

WHEREFORE, Plaintiff, SANDRA LAWRENCE, demands judgment against the Defendant, DANIEL GADDY, for a sum in excess of Fifty Thousand Dollar ($50,000.00), and for such other and further relief as the Court deems just and proper.

## COUNT III

Comes now the Plaintiff, VINCENT LAWRENCE, by and through his undersigned counsel of record, THE CAFFEY LAW FIRM, LLC, and complaining of Defendants, WALMART, INC, a foreign corporation, and DANIEL GADDY, states:

1.   Plaintiff repeats and realleges paragraphs 1-5, inclusive, of Count II as paragraphs 1-6 of this Count III.

7.  Plaintiff Vincent Lawrence is the lawful spouse of Plaintiff Sandra Lawrence and was cohabitating with Plaintiff Sandra Lawrence and enjoying her companionship and care at the time of the incident that is the subject of this Complaint.

Lawrence v. Walmart Inc., et al.                                                      Page 4 of 5

8. As a direct and proximate result of the conduct described in the allegations contained in Counts I and II of this Complaint, Plaintiff Vincent Lawrence has suffered the loss of consortium and damage to the marital and social relationship, including, but not limited to the loss of Plaintiff Sandra Lawrence's services, comfort and affection and the effects of Plaintiff Sandra Lawrence's injuries upon Plaintiff Vincent Lawrence and their relationship and daily activities, due to her injuries and disabilities.  They have further incurred expenses for medical attention rendered to Plaintiff Sandra Lawrence and will continue to incur such expenses.

WHEREFORE, Plaintiff, VINCENT LAWRENCE, demands judgment against the Defendants, WALMART INC., a foreign corporation, and DANIEL GADDY, for a sum in excess of Fifty Thousand Dollar ($50,000.00), which will fairly and reasonably compensate him for the injuries suffered by Plaintiff Vincent Lawrence and the marital relationship, and for such other and further relief as the Court deems just and proper.

THE CAFFEY LAW FIRM, LLC

BY:  /s/  Rodney D. Caffey
      Rodney D. Caffey #6279003
      Attorney for Plaintiffs
      3017 Godfrey Road
      P O Box 505
      Godfrey IL 62035
      618/463-1928 Telephone
      618/433-8094 Facsimile
      rcaffey@caffeyfirm.com
      clacoax@caffeyfirm.com
      shawn@caffeyfirm.com

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Brielle Salmon
25LA0145
St. Clair County
1/30/2025 9:28 AM
31193688

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

SANDRA LAWRENCE and VINCENT )
LAWRENCE, )
)
Plaintiff, )                     25LA0145
)
v. )
)
WALMART, INC., a foreign corporation, )
and DANIEL GADDY, )
)
Defendants. )

## AFFIDAVIT

Now comes the Affiant, __Sandra Lawrence_____, after being duly

sworn upon his /her oath, states the following:

1.  That the Affiant is the Plaintiff in this cause of action.

2.  That the amount of damages sought in this cause of action is in excess of

$50,000.00.

Further Affiant sayeth not.

Subscribed and sworn to before me, a Notary Public, this _30_ day of

_January_____, 2025.

_Shawn M. Dolzadelli_
Notary Public

OFFICIAL SEAL
SHAWN M. DOLZADELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES May 11, 2027